Order issued November 13, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01098-CV

## IN RE ESTATE OF FRANCIS J. HUTCHINS, DECEASED

Original Proceeding from Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-01594-1

## ORDER

Before Justices Bridges, Lang, and Fillmore

The Court has before it the September 25, 2012 "Motion to Strike" of relator Susan E. Jones. We **GRANT** relator's motion to strike to the extent the motion seeks to exclude "material that is not in the trial court's record nor presented to the trial court." Relator's September 25, 2012 motion to strike is in all other respects **DENIED**.

DOUGLAS S. LANG
JUSTICE